PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 25 2007

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                    Criminal No.  CR 01-00491HG-01

HENRY C. FONG

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 5/19/07, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
ROBIN L. DeMELLO
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 23rd day of May, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge